COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER-EL PASO, | § | No. 08-20-00202-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 210th Judicial District Court |
| v. | | |
| | § | of El Paso County, Texas |
| LORETTA K. FLORES, | | |
| | § | (TC# 2017DCV3974) |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the order denying Appellant's plea to the jurisdiction as to retaliation claim. We therefore reverse that part of the judgment of the court below and render judgment granting Appellant's plea to the jurisdiction as to the retaliation claim ONLY.

We further order that the part of the order denying Appellant's plea to the jurisdiction as to age discrimination of the court below is affirmed, in accordance with the opinion of this Court, and remand to the trial court for further proceeding consistent with this Court's opinion.

We further order that each party bear their own costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

YVONNE T RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ